*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

LAMONTE ODELL JOHNSON,

      Defendant-Appellant.

UNPUBLISHED
October 29, 2019

No. 344168
Macomb Circuit Court
LC No. 2017-002877-FC

Before: FORT HOOD, P.J., and SAWYER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

      I concur in the result only.

                                     /s/ Douglas B. Shapiro

-1-